B203
12/94

# United States Bankruptcy Court
## Central District of California

In re  Bander Law Firm, LLP

Case No. _____

Chapter _____7_____

Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................... $ _____0___
   Prior to the filing of this statement I have received ........................................................ $ _____0___
   Balance Due ........................................................................................................... $ _____0___

2. The source of compensation paid to me was:

   [✓] Debtor     [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✓] Debtor     [ ] Other (specify)

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

I am representing the debtor as part of my employment with the firm as an associate. My agreement is to file the peition and schedules and attend the meeting of creditors. Any other services rendered to the debtor or on behalf of the debtor will require a separate agreement.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

amended schedules, adversary proceedings, 2004 heaings, rescheduled 341a, hearings, or any other representation except as stated above.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___02/12/2010_____          ___/s/ Timothy F. Umbreit_____
        *Date*                                      *Signature of Attorney*

                                         ___Bander Law Firm_____
                                               *Name of law firm*