| Client | Costs Balance | Retainer Balance (Mortgage) |
|---|---:|---:|
| 2000 Sports | $ 13,987.85 | |
| 2000 Sports (BLF vs.) | $ 564.00 | |
| 2000 Sports (Chao vs.) | $ 4.95 | |
| 2000 Sports vs. Unger | $ 52.00 | |
| 2000 Sports, Inc | $ 503.54 | |
| 2000 Sports, Inc | $ 620.54 | |
| AAA Restaurant | $ 29.00 | |
| Abad, Alejandrito | $ 325.00 | |
| Abano, Alvin (17634) | $ 1,664.00 | |
| Abaoag, Marlita | $ 20.09 | |
| Abaryan, Vartan | $ 9.07 | $ 7,000.00 |
| Abel vs. Commercial Cover | $ 122.13 | |
| Abera, Hailu | $ 20.35 | |
| Abghari, Sayeh | $ 425.77 | |
| Abot, Jusilio | $ 710.99 | |
| Abudetula, Emanuel | $ 2.50 | |
| Abuhanna, Socorro | $ 17.33 | |
| Abujohn, Gloria | $ 307.00 | |
| Acab, Felicitas | $ 1,290.48 | |
| Acapulco, Estrella | $ 9.00 | |
| Acha, Susan | $ 1,285.24 | |
| Aclan, Luis | $ 699.33 | |
| Acoba-Dumas, Sheryll | $ 120.00 | |
| Acosta vs. CPS | $ 4,443.57 | |
| Acosta, Abigail | $ 11.84 | |
| Addicts vs. HD Design | $ 100.00 | |
| Adjian, Grigori | $ 995.33 | |
| ADOC | $ 360.00 | |
| Ador, Fe | $ 25.00 | $ 1,500.00 |
| Adv. Med. Res. vs. Inland Empire | $ 15.00 | |
| Advanced Medical Resources | $ 2,418.73 | |
| Afable, Cherryl | $ 275.00 | |
| Agahassi v. United Auto | $ 54.64 | |
| Agaki, Sigalit v. FYJA, LLC | $ 239.50 | |
| Aghassi, Amir vs. Midas | $ 5,371.92 | |
| Aguilar, Ernesto | $ 923.64 | |
| Aguilar, Maria Lucille | $ 15.59 | |
| Aguilar, Ladislao v. LC Dental Laboratory | $ 398.50 | |
| Airapetian, Khachik | $ 25.00 | |
| Akin, Louis (PH) | $ 700.00 | |
| Albano, Rhodora | $ 25.00 | |
| Alcantara, Jose | $ 600.00 | |
| Aledo (Neveda) | $ 600.00 | |
| Aledo v. Domingo | $ 1,282.32 | |
| Aledo, Cresenciano | $ 25.00 | |
| Aledo, Gerald | $ 1,040.27 | |
| Alemsharyan, Grigor | $ 600.00 | |
| Alipio, Ireneo Jr. | $ 617.33 | |
| Alipio, Jacob | $ 484.95 | |

| Name | Amount | Amount 2 |
|---|---:|---:|
| Almacin, Marvin | $ 17.33 | |
| Alor, Carlito | $ 25.00 | |
| Alquino, Rosito & Franco | $ 600.00 | |
| ALS v Abghari | $ 23.50 | |
| Amendola, Peter | $ 25.00 | |
| Amezcua, Consuelo | $ 300.00 | |
| Amos, Daniel | $ 21.34 | |
| Ancheta, Marcela | $ 25.00 | |
| Anderson, Gazmin | $ 667.00 | |
| Anderson, Michael (LV) | $ - | $ 3,000.00 |
| Anderson, Paul G. (PH) | $ 1,993.27 | |
| Ang, Roel | $ 2,856.11 | |
| Angel Susanaga Serna | $ 40.00 | |
| Angeles vs. Kung Pao China Bistro | $ 13,964.74 | |
| Angeles, Javier | $ 610.00 | |
| Ani, Marcelo and Leonisa | $ 325.00 | |
| Anselmo, Lydell | $ 23.69 | $ 2,000.00 |
| Antelo, Vanessa | $ 10.00 | |
| Apan, Baby Liza | $ 25.00 | |
| Aquino, Raymond | $ 17.33 | |
| Aquino, Rose | $ 175.00 | |
| Aquino, Victoria | $ 25.00 | |
| aquino, Virginia | $ 574.00 | |
| Aquino, Elizabeth | $ 9.23 | |
| Arabyan, Aram | $ 17.33 | |
| Araghi, Alan | $ 426.54 | |
| Araryan, Vartan | $ 275.00 | |
| Ardof Frank | $ 18.50 | |
| Arevshatyan, Ashot | $ 446.96 | |
| Arutyunyan, Stepan (5931-09) | $ 336.99 | $ 5,998.00 |
| Arutyunyan, Stepan (5932-09) | $ - | $ 4,827.00 |
| Ashton, Joan | $ 3.50 | |
| Asian Journal | $ 5,542.77 | |
| Asuncion, Mercedes | $ 30,735.33 | |
| Atlas v. Atlas | $ 13.14 | |
| Austria, Luis | $ 20.09 | |
| Avila, Octmary Domenech | $ 20.00 | |
| Azizian, Maria | $ 1,551.00 | |
| Bae, Jennifer | $ 900.33 | |
| Bagdasaryan, Ani | $ 42.74 | $ 2,000.00 |
| Baldoza, Giel | $ 1,200.00 | |
| Baldoza, Giselle | $ 190.00 | |
| Baltazar, Federico v. Mike Campbell | $ 20.90 | |
| Baluyot, Arvin | $ 600.00 | |
| bander | $ 49.19 | |
| Bander Law Firm v. Cellura, Joseph R. | $ 6.50 | |
| Bander law firm vs. Bobadilla | $ 7.50 | |
| Bander v. Martinez | $ 117.00 | |
| Bander v. Murakami | $ 712.12 | |
| Bander vs. Delores | $ 169.20 | |
| Bander vs. Murakami | $ 355.00 | |
| Barela, Gregorio and Estrella | $ 320.09 | |

| | | | |
|---|---|---|---|
| Barita, Sirait | $ | 320.00 | |
| Barrientos, Tricia | $ | 1,168.21 | |
| Bartolome, Teresita | $ | 247.48 | |
| Baustista v. Pho Sai Gon | $ | 94.00 | |
| Bautista v. Men at Work | $ | 1,305.39 | |
| Bautista, Agila | $ | 600.00 | |
| Bautista, Anglia | $ | 34.66 | |
| Bautista, Ezequiel | $ | 121.36 | |
| Bautista, Roberto | $ | 450.00 | |
| Bautista, Ruby | $ | 185.00 | |
| Bautista, Paulo | $ | 934.63 | |
| Bayan, Renato | $ | 542.13 | |
| Bedia-Nitrini, R. | $ | 456.20 | |
| Belonia, Arnaldo | $ | 146.58 | |
| Benedicto, Martin | $ | 45.00 | |
| Benshaw, Natalia (6086-09) | $ | - | $ 3,750.00 |
| Benshaw, Natalia (6189-09) | $ | - | $ 6,536.00 |
| Benshaw, Natalia (6190-09) | $ | - | $ 6,536.00 |
| Berberabe, Karla | $ | 8.00 | |
| Bermudez, Tomas | $ | 300.00 | |
| Bernabeo, Arnel | $ | 10.00 | |
| Bernstein, Todd | $ | 42.50 | |
| Bilo, Evelyn vs. Frank Pass | $ | 640.00 | |
| Bisco, Ruby | $ | 65.00 | |
| Bislig, Rosalie | $ | 590.37 | |
| BLF v. Domingo | $ | 155.60 | |
| BLF v. John Miller | $ | 2,663.36 | |
| BLF v. Juan Martinez | $ | 655.04 | |
| BLF v. Luisito Lopez | $ | 205.00 | |
| Bolanoz, Oscar | $ | 10.00 | |
| Bondoc, Marcelo | $ | 179.72 | |
| Breen, Thomas | $ | 596.09 | |
| Bruno, Roy | $ | 571.49 | |
| bryson, Daniel | $ | 28.60 | |
| Bryson, Mario | $ | 1,012.00 | |
| Bukaty, Anna | $ | 150.00 | $ 7,000.00 |
| Cabanlit, Adolfo | $ | 25.00 | |
| Cabasal, Teresita | $ | 25.00 | |
| Cabatan-Awang, Cynthia (27910) | $ | 25.00 | |
| Cabebe, Paterno | $ | 17.33 | |
| Cabellon, Francisca | $ | 60.00 | |
| Caguioa, Ricardo | $ | 746.39 | |
| Caitor, Karen | $ | 594.00 | |
| Cal Examiner v. Shihs | $ | 20.00 | |
| Calandra, Jasper & Patricia | $ | 600.00 | |
| Calangian, Maria | $ | 628.00 | |
| Calayag, Maricar | $ | 17.18 | |
| Calimpusan, Luzmerie | $ | 9.83 | |
| Canaria, Alexander & Aida (PH) | $ | 1,487.27 | |
| Candelaria, Jeanette | $ | 25.00 | |
| Canlas, Joyce (BK) | $ | 8.00 | |
| Caracappa, Joseph | $ | 682.00 | |

| | | | |
|---|---|---|---|
| Carancho, Danilo | $ | 278.11 | |
| Cardenas, Diane | $ | 12.00 | |
| Caringal, Teresita | $ | 47.30 | |
| Carlos, Luis | $ | 600.00 | |
| Carmona vs. Greenpoint Mortgage Funding | $ | 491.79 | |
| Carnigal, Theracita | $ | 301.33 | |
| Carpentero, Walter | $ | 70.00 | |
| Carpo, Dangelo (6168-09) | $ | - | $ 4,500.00 |
| Carpo, Dangelo (6169-09) | $ | - | $ 4,500.00 |
| Carpo, Dangelo and Myrna | $ | 2,331.70 | |
| Carpo, Myrna | $ | - | $ 4,500.00 |
| Carpo, Myrna (5960-09) | $ | - | $ 4,500.00 |
| Carpo, Myrna (5962-09) | $ | - | $ 4,500.00 |
| Carpo, Myrna and Bautista, Roberto | $ | 732.15 | |
| Carrasco, Margie Francis | $ | 25.00 | |
| Carrion, Victor | $ | 43.00 | |
| Casili vs Fountain | $ | 3.18 | |
| Casili, Samuel | $ | 3,617.11 | |
| Casimiro, Zamuel C. | $ | 261.00 | |
| Casorla, Jose | $ | 25.00 | $ 500.00 |
| Castaneda, Soledad | $ | 1,594.84 | |
| Castillo, Antonio | $ | 25.00 | |
| Castillo, Noemi | $ | 721.24 | |
| Caylao, Homer | $ | 274.00 | |
| Celi, Joey (1814) | $ | 600.46 | |
| Ceniceros, Grace | $ | 350.00 | |
| Cha, Joong (LV) | $ | - | $ 2,500.00 |
| Cha, Hee Soon | $ | 25.00 | |
| Chahmelikian, Razmig | $ | 25.00 | |
| Chahmichian, Robert | $ | 1,017.86 | |
| Chang, Paul | $ | 5.40 | |
| Chau, Veronica | $ | 25.00 | |
| Chavez, Alberto | $ | 34.66 | |
| cheng, Ming-Hua | $ | 10.00 | |
| Cheryl, Deptowicz-Diaz | $ | 2,188.15 | |
| Cheung, Karen | $ | 502.35 | |
| Cheung, Louise | $ | 849.00 | |
| Chevez, Martha | $ | 1,378.16 | |
| Chhor, Eang | $ | 24.12 | |
| Chin vs. China Superstar | $ | 5,000.00 | |
| Chin, Cindy | $ | 25.10 | |
| Cho, Christopher | $ | 25.00 | |
| Cho, Sioe Ing | $ | 3.00 | |
| cho, Suh Ye Won | $ | 84.00 | |
| Choe, Hwa | $ | 25.00 | |
| Choi, Eun Sook | $ | 274.00 | |
| Chua, Joey | $ | 61.12 | |
| Chung, Rou Lin vs. Danny Hsu | $ | 2,187.75 | |
| Chung, Young | $ | 12.00 | |
| Cinco, Edwin | $ | 185.00 | |
| Cirineo | $ | 476.50 | |
| Clemente, Mathis v. Tirupathi, Inc. | $ | 1.00 | |

| | | | |
|---|---|---|---|
| Co, Micah | $ | 50.00 | |
| Cobangbang, Trixia | $ | 1,314.91 | |
| Cohen, Theodor | $ | 20.00 | |
| Commercial Career & Jason Moxness | $ | 1,566.90 | |
| Conendador, Paterno | $ | 38.50 | |
| Consolacion, Phillip | $ | 916.67 | |
| Consuelo, Emil John | $ | 48.00 | |
| Contreras, Crispin | $ | 275.00 | |
| Cooper, Gary | $ | 25.00 | |
| Cordoba, Henry | $ | 60.00 | |
| Cortez, Yolanda | $ | 10.00 | |
| Costales, Teresita | $ | 300.00 | |
| Covington, Sharron | $ | 25.00 | |
| Coyukiat, Carlos | $ | 36.00 | |
| Cruz, Kits | $ | 25.00 | |
| Cruz, Renato | $ | 600.00 | |
| Cruz, Irene | $ | 42.33 | |
| Cryan, William | $ | 599.06 | |
| Cua, Eng Kuan Sy | $ | 30.00 | |
| Cuison, Arnold M. | $ | 16.25 | |
| Daimler Chrysler Services Americas | $ | 3.50 | |
| Davtyan, Gayane | $ | 852.75 | |
| Dayot, Ronald Mart W. | $ | 299.50 | |
| De Almeida, Analiza Motinho | $ | 39.14 | |
| De Dios, Levy | $ | - | $ 1,000.00 |
| De Garriz, Lorenzo | $ | 1,516.14 | |
| De Gorostiga, Amor | $ | 17.20 | |
| De Lara, Abraham | $ | - | $ 2,000.00 |
| De Lara, Abraham | $ | - | $ 2,000.00 |
| De Leon, Daniel | $ | 755.00 | |
| De Leon, Flor and Daniel | $ | 496.00 | |
| De Leon, Rommel | $ | 38.31 | |
| Deborah Davis v. Chhor Eang | $ | 12.06 | |
| Degarriz, Lorenzo & Evelyn | $ | 300.00 | |
| Deguzman vs. Bander | $ | 145.00 | |
| DeGuzman, Edilberto R. | $ | 300.00 | |
| Dela cruz, Angelito | $ | 30.19 | |
| Delleen, Irvin | $ | 100.82 | |
| Delostrino, Benedicta | $ | 750.16 | |
| Demafeliz, Rodolfo | $ | 1,806.00 | |
| Demirchyan, Armen | $ | - | $ 4,500.00 |
| Deptowicz-Diaz, Cheryl vs. Fredrics | $ | 3,033.17 | |
| Detorio, Charity | $ | 25.00 | |
| Deutsche Bank Trust Co. vs. Sung Bae | $ | 135.00 | |
| Deutsche Bank v. Monteclaro | $ | 100.71 | |
| Deutsche Bank vs. Hartje | $ | 110.00 | |
| Devere, Michael | $ | 1,158.95 | $ 9,000.00 |
| Diaz, Guadalupe | $ | 20.00 | |
| Diaz, Josefina | $ | 572.00 | |
| Diaz, Mario | $ | 60.00 | |
| Dichoson, Alicia | $ | 25.00 | |
| Dilay, Ronana | $ | 240.00 | |

| Name | Amount 1 | Amount 2 |
|---|---:|---:|
| Dimacali, Abigail | $ 27.93 | $ 3,000.00 |
| Domingo, Arnel | $ 600.00 | |
| Dominguez, Orlando | $ 674.00 | |
| Dungca, Maria | $ 16.00 | |
| Dunniway, James | $ 600.00 | |
| Ebora, Nilo | $ 300.00 | |
| Edosada, Alfredo (1047) | $ 17.58 | |
| Edu, Amor | $ 12.00 | |
| Empleo, Myrah (PH) | $ 2,176.00 | |
| Epino, Erween | $ 1,874.31 | |
| Escamilla | $ 105.30 | |
| Eslabon, Tommy | $ 275.00 | $ 1,000.00 |
| Eslabon, Tommy | $ - | $ 1,500.00 |
| Espejo, Erlinda | $ 1,235.08 | |
| Espiritu, Rhoniel | $ 10.00 | |
| Esporas, Remedios | $ 10.00 | |
| Esposo, Marlon | $ 275.00 | |
| Estaniel, Annabelle | $ 821.48 | |
| Estaniel, Edwin/Annabelle | $ 675.10 | |
| Everlasting Adult | $ 17.03 | |
| Ezequiel Bautista v. Pho Saigon | $ 350.00 | |
| Fang & Cai vs. Office Imaging & Graphics | $ 320.00 | |
| Fang, Yuanlin & Cai | $ 1,060.62 | |
| Farajian, Varouj | $ 438.57 | |
| Farnsworth, Diana, M.D. vs. Beverly Hills | $ 2,479.57 | |
| Farnsworth, Diana v. Dr. Shin | $ 1,316.36 | |
| Fei vs. Tasty | $ 31.61 | |
| Fernandez, Judelyn | $ 1,354.16 | |
| Fernandez-Gil, Emma | $ 600.00 | |
| Ferrer, Jesus | $ 8.25 | |
| Ferrer, Myrna | $ 120.00 | |
| Ferreras, Pamela | $ 25.00 | |
| Filoteo, Milagros | $ 15.00 | |
| Filoteo, Marilou | $ 35.97 | |
| Flaminiano, Eduardo | $ 900.00 | |
| Florece, Delia and Otares | $ 458.00 | |
| Flores, Carmelita | $ 1,225.23 | |
| Flores, Ezequiel | $ 831.42 | |
| Flores, Guillermo | $ 1,157.68 | |
| Flores, Kristine | $ 2,333.33 | |
| Flores, Robert | $ 127.99 | |
| Frearu Sterling | $ 40.00 | |
| Fresnedi, Jennifer J. | $ 25.00 | |
| Frost, Kevin | $ 732.33 | $ 1,500.00 |
| Fryson, Geneva | $ 300.00 | |
| Galadzhyan vs. Greenpoint Mortgage | $ 222.00 | |
| Galadzhyan, Akop | $ 906.00 | |
| Galarpe, Antonio | $ 14.00 | |
| Galicia, Priscilla | $ 1,255.00 | |
| Galila-Bailey, Jane | $ 36.73 | |
| Gamboa, Nieves | $ 109.62 | |
| Gao, Xuehua | $ 464.50 | |

| Name | Amount 1 | Amount 2 |
|---|---:|---:|
| Garcia, Medina | $ 625.00 | $ 8,509.00 |
| Garcia, Michelle | $ 66.05 | |
| Garcia, Richard | $ - | $ 2,000.00 |
| Garcia,Anthony | $ 48.84 | |
| Garcia,Marciano | $ 18.15 | |
| Gazman, Elisa | $ 247.00 | |
| Gazmin, Anderson | $ 1,856.50 | |
| Gil, Emma | $ 34.66 | |
| Gilmore | $ 419.24 | |
| Global Express v. Cervantes | $ 10.00 | |
| Golden Sun International | $ 2,150.00 | |
| Goli, John | $ 74.92 | |
| Goli,Samia | $ 4,000.00 | |
| Gomez, Jose | $ 670.00 | |
| Gomez, Virginia | $ 25.00 | |
| Gongs,Conchita | $ 25.00 | |
| Gonong, Edward | $ 352.90 | |
| Gonzaga, Demilo | $ 816.62 | |
| Gonzales, Mario | $ - | $ 3,509.00 |
| Gonzalez, Madeline | $ 150.00 | $ 3,000.00 |
| Gonzalez, Ricardo | $ 1.65 | |
| Gorostiza, Gilberto | $ 325.00 | |
| Graham, Marliese | $ 300.00 | $ 3,000.00 |
| Grino, Jonathan | $ - | $ 1,000.00 |
| Gros, Irene A. | $ 1,500.00 | |
| Guarina,Roberto | $ 385.00 | |
| Guererro,Iluminada | $ 366.29 | |
| Guerrero, Jose | $ 60.56 | |
| Guerrero,Grand | $ 703.34 | |
| guerrero,Yvette | $ 10.00 | |
| Guerrerro,Iluminada | $ 27.29 | |
| Gutierrez, Gonzalo | $ 20.00 | |
| Guzman, Teresita | $ 875.00 | $ 300.00 |
| Guzman,Roy John | $ 6.19 | |
| Hakobyan v. BLF | $ 350.00 | |
| Hakobyann, Taguhi | $ 309.56 | |
| Hamco/Helping Hands | $ 1,504.04 | |
| Harbert,Brian | $ 1,350.00 | |
| Harder, David | $ 502.33 | |
| Hartje,Leia | $ 1,129.34 | |
| He,Stephen | $ 90.00 | |
| Helping Hands/Hamco v. Walter Scott | $ 392.00 | |
| Herella, Levita | $ 704.00 | |
| Hernandez vs. Kung Pao Express | $ 807.22 | |
| Hernandez, Eduardo | $ 452.00 | |
| Herrella, Levita (PH) | $ 300.00 | |
| Herrera, Joel | $ 375.88 | |
| Hill, Stephanie | $ - | $ 1,450.00 |
| Hinojales, Reynaldo | $ 274.00 | |
| Hira, Joga | $ - | $ 4,009.00 |
| Howard v. Di Julio | $ 395.60 | |
| Howard v.BLF | $ 40.00 | |

| Name | Amount | Amount 2 |
|---|---|---|
| Hu, Weijia | $ 337.67 | |
| Huang, Liaoyun | $ 23.75 | |
| Hwang, Il Sim | $ 929.00 | |
| Ibarra, Luis | $ 314.81 | |
| IDX Direct Inc | $ 312.00 | |
| Ilagan, Alex | $ 180.00 | |
| Ilangan, Alexander | $ 50.89 | |
| Im, Yong Geum | $ 25.00 | |
| Irvin, Delleen | $ 654.03 | |
| Isidro, Gadiel Rey Jr. | $ 87.00 | |
| Isip, Grace | $ 25.00 | |
| Itrex International Corp. | $ 358.50 | |
| Jacalan, Jose & Victoria | $ 980.00 | |
| Jang, Eddy | $ 25.00 | |
| Jarvina, Leona | $ 13.58 | |
| Jaurigue, Angelito | $ 2.50 | |
| Javier vs. Golden | $ 378.04 | |
| Javier, Raul Jr | $ 165.00 | |
| Jeong, Seung Man | $ 842.74 | |
| Ji, Fei | $ 4,655.71 | |
| Ji, Xueli and Sun | $ 67.58 | |
| Jimenez, Eduardo | $ 23.00 | |
| Jimenez, Teresita | $ - | $ 1,000.00 |
| Jimenez, Teresita | $ - | $ 2,000.00 |
| Jin, Jong | $ 325.00 | |
| Jones, Kelly | $ 10.00 | |
| Jornacion, Oscar | $ 720.00 | |
| Kabaian, Hagop | $ 1,118.70 | |
| Kaihsianuel (people vs.) | $ 36.45 | |
| Kang, Amanda | $ 569.24 | |
| Kang, Ki Yong | $ 2,170.00 | |
| Kang, Ki Young | $ 674.00 | |
| Kang, Oh Kyung | $ 155.00 | |
| Kang, Seon Seomun | $ 27.00 | |
| Kapuno, Roland | $ 128.50 | |
| Kasamanian, Asatur | $ 805.60 | |
| Kaznowski, Jan (6230-09) | $ 750.50 | $ 11,500.00 |
| Khachatryan, Robert | $ 1,841.17 | $ 3,000.00 |
| Kim, Chulsoo | $ 275.00 | |
| Kim, Hee Jung Choi | $ 275.00 | |
| Kim, Hwan Yul v. Joel Bander | $ 10.00 | |
| Kim, Hye Young (LV) | $ 400.00 | |
| Kim, Il Hyung (5410) | $ 1,243.20 | |
| Kim, Jacqueline | $ 282.00 | |
| Kim, Joung Tae (5481) | $ 17.33 | |
| Kim, Kyung Dan | $ 1,743.00 | |
| Kim, So Yeon | $ 300.00 | $ 3,500.00 |
| Kim, Sook Lee | $ 17.33 | |
| Kim, Yong | $ 683.99 | $ 1,500.00 |
| Kim, Hye | $ 802.15 | |
| Koh, Young | $ - | $ 3,518.00 |
| Kopalian, Avedis | $ 600.00 | |

| Name | Amount | Amount 2 |
|---|---|---|
| Kopalian, Raffy | $ 873.20 | |
| Kremin, Sharon | $ 407.00 | |
| Krikorian v. Roque Vanessa | $ 355.00 | |
| Kwon, David | $ 453.35 | |
| La Rosa, Jacinto | $ 112.97 | |
| Labog, Edwin | $ 44.50 | |
| Labor v. Soligen | $ 36.50 | |
| Laguardia, Marita (PH) | $ 991.56 | |
| Lamban, Rowena | $ - | $ 3,900.00 |
| Lanuga, Linda | $ 4.45 | |
| Lapitan, Ruel | $ 198.65 | |
| Laurel, Grace | $ 450.00 | |
| Laxamana, Jobert | $ 50.83 | |
| Layaoen, Debra | $ 13.42 | |
| Layaoen, Robertson | $ 14.99 | |
| Layco, Oscar | $ 300.00 | |
| Leanos, Jose Juan | $ 25.00 | |
| Leard vs. Leard | $ 17.50 | |
| Ledesma, Oscar | $ 236.00 | |
| Lee, In Young | $ - | $ 1,500.00 |
| Lee, Myung S. | $ 920.30 | |
| Lee, Samyoul | $ 55.66 | |
| Lee, Sang Soo (BK) | $ 181.73 | |
| Lee, Sun Ja | $ - | $ 3,000.00 |
| Lee, Young Suk | $ - | $ 2,000.00 |
| Lee, Yvonne | $ 3,000.00 | |
| Leelin, Mendrei | $ 7.59 | |
| Legrama vs. Ahmsi Default Services | $ 271.25 | |
| Legrama, Antonio | $ 665.75 | |
| Leguardia, Marita | $ 1,200.00 | |
| Lesser, Charles | $ 4.71 | |
| Letargo, Gregorio | $ 48.69 | |
| Li v. Glidewell Dental Ceramics | $ 11.55 | |
| Li vs. Newtown Buffet | $ 300.58 | |
| Li, Bao Dong | $ 1,862.64 | |
| Li, Jing Jun | $ 75.30 | |
| Li, Mei | $ 331.50 | |
| Li, Ping II | $ 575.00 | |
| Li, Tao | $ 26.00 | |
| Li,Jing Jun &Zhang, Erchi v.Newtown 2 | $ 270.64 | |
| Li,Yu | $ 46.62 | |
| Liberto v.BLF | $ 1,149.34 | |
| Lim, Eden | $ 299.50 | |
| Lim, Kenneth | $ 38.50 | |
| Lising, Alvin | $ 158.00 | |
| Liu, Yan Li | $ 25.00 | |
| Liu,Ronghua/Liu,Jun vs Star East Buf | $ 161.00 | |
| Llamas,Ruben Garcia | $ 20.00 | |
| Lliles, Carlos | $ 25.00 | |
| Loja, Florentino | $ - | $ 2,000.00 |
| Lopez, Luis | $ 143.94 | |
| Lopez, Nicolas | $ 1,373.83 | |

| Name | Amount | Amount 2 |
|---|---:|---:|
| Lopez, Luisito | $ 11,257.10 | |
| Lorenzo Jr, Edgardo (202) | $ 8.00 | |
| Lorenzo, Eduardo | $ 186.12 | |
| Lorenzo, John | $ 350.07 | |
| Lotus vs. Song | $ 670.20 | |
| Lovelace, Jacque Sean | $ 600.00 | |
| Lu, Haoran | $ 1,113.51 | |
| Lu, Hui | $ 25.00 | |
| Luces, Michael | $ 25.00 | $ 900.00 |
| Luckywok | $ 54.90 | |
| Luguardia, Marita | $ 274.00 | |
| Lumba, Francesca | $ 25.00 | $ 2,000.00 |
| Lumba, Dolores | $ 25.00 | |
| Lumbas, Evangeline | $ 20.09 | |
| Luong, Cathi | $ 25.00 | |
| Lupangosy, Michael | $ 33.04 | |
| Mabborang, Cheryl Melad | $ 100.00 | |
| Mabikas Publishing Cross Complaint | $ 1,703.36 | |
| Mabikas Publishing v. Citigroup | $ 181.45 | |
| Mabikas Publishing v. Philippines Today | $ 1,726.16 | |
| Macwan, Mayur | $ 25.00 | |
| Madison, Wydell | $ 25.00 | |
| Madlangbayan, Petronila | $ 275.00 | |
| Madula, Manuel | $ 1,008.00 | |
| Magnaye, Grace | $ 550.00 | |
| Magnaye, Rodrigo | $ 274.00 | |
| Magsino, Adolinario | $ - | $ 3,000.00 |
| Magtangob, Cecilia V. | $ 299.50 | |
| Mahyari vs. Rocket Smog | $ 12,349.73 | |
| Mahyari, Babak | $ 14,527.16 | |
| Majam, Bencris | $ 827.00 | |
| Makarian, Makedon | $ 17.33 | |
| Manalansan, Noel | $ 300.00 | |
| Mangondato, Jamil | $ 25.00 | |
| Mangum, Luzviminda | $ 17.41 | |
| Manimbo, Kristian | $ 66.97 | |
| Manuel, Jonjon | $ 1,361.95 | |
| Manuel, Maria | $ 403.18 | |
| Maratas, Lucita | $ 754.30 | |
| Marinas, Ma. Victoria | $ 25.00 | |
| Marinero, Juan | $ 77.00 | |
| Marpuri Rem | $ 13.16 | |
| Marquez, Zosima | $ 151.00 | |
| Marrero, Jose | $ 162.00 | |
| Martin, Benedicto | $ 1,735.74 | |
| Martin, Filonila | $ 35.30 | |
| Martinez, Albert (PH) | $ 1,341.68 | |
| Martinez, Juan | $ 5,412.20 | |
| Marzan, Genny | $ 750.30 | |
| Masacayan, Edith (4225) | $ 20.37 | |
| Massarjian, Apo | $ 1,404.00 | |
| Mathis, Lee | $ 167.50 | |

| Name | Amount 1 | Amount 2 |
|---|---|---|
| Matilla, Jesus | $ 1,719.57 | |
| Mayhari, Babak | $ 782.54 | |
| Mcfarland, Maxima | $ 498.26 | |
| Mckingly, Trammel | $ 146.30 | |
| Medalla, Albert | $ 25.00 | |
| Medalla, Rosamaria L. | $ 1,943.50 | |
| Medula, Manuel | $ 25.30 | |
| Mejia, Gilda | $ 523.43 | |
| Melendez | $ 19.61 | |
| Melkonian, Viken | $ 274.00 | |
| mencias | $ 24.00 | |
| Mendiola v. CPS Security | $ 16.39 | |
| Mendoza, Mario | $ 1,655.80 | |
| Mendoza, Romeo | $ 70.30 | |
| Menendez, Claudia v. Online Car Stereo | $ 10.00 | |
| Michael P Kade Law Firm | $ 25.00 | |
| Midtown Rooter vs. Cal-OSHA | $ 12.20 | |
| Mirate, Eriberto | $ 25.00 | |
| Mkrtchyan, Drastamat | $ 35.56 | |
| Mkrtchyan, Margarita | $ 1,744.78 | |
| Molina, Rosannna | $ 1,393.66 | $ 100.00 |
| Monrroy, Emilio | $ 274.00 | |
| Monteclaro, Athos | $ 987.50 | |
| Montes, Ana | $ 1,842.96 | $ 5,509.00 |
| Morales, Jorge | $ 300.00 | |
| Morales, Mirasol | $ 274.00 | $ 2,009.00 |
| morales, Oliver & Moraley | $ 275.00 | |
| Moreno, Oscar | $ 958.46 | |
| Moya, Jonathan | $ 16.25 | |
| Muller Weng | $ 100.20 | |
| Mun, Sang Hee | $ 635.26 | |
| Munoz, Hector | $ 20.00 | |
| Munoz, Maria | $ 874.00 | |
| Munoz, Gener | $ 27.33 | |
| Mutuc, Alexandra | $ 300.00 | |
| Myrick, Keris J. | $ 12.50 | |
| Myung, Martin | $ 3,400.00 | |
| Nahum, Moshe | $ 1,000.00 | $ 550.00 |
| Nakhla, George | $ 25.00 | $ 2,000.00 |
| Nalbandyan, Tovmas | $ 300.00 | |
| Napalan, Josephine | $ 3.92 | |
| Narne, Ronald | $ - | $ 2,000.00 |
| Natividad, Cesar | $ 49.50 | |
| Natividad, Sammy | $ 1,053.00 | |
| navarro, Lisa | $ 10.00 | |
| Navasatarian, Edwin | $ 681.00 | |
| Navastarian v. Spanning Tree | $ 8.50 | |
| Nazareno, Maria Cristina | $ - | $ 1,000.00 |
| Nazareno, Nanette | $ 425.00 | |
| Nazareno, Victoria | $ 274.00 | |
| Nazareno, Wilfredo | $ 1,077.00 | |
| Nee, Howard | $ 12.00 | |

| | | | |
|---|---|---|---|
| Ner, Ma Elizabeth | $ | 800.00 | |
| Neutsche Bank National Trust vs. Hartje | $ | 108.50 | |
| Nevalga, Jason | $ | 30.00 | |
| Nitibhon, Narumol | $ | 1,043.21 | |
| Nitrini, Rachelle | $ | 335.00 | |
| Noche, Leslie | $ | 943.44 | |
| Nool, Johann | $ | 1,265.00 | |
| Nunez, Belinda | $ | 125.00 | |
| Oandasan, Lallaine | $ | 850.00 | |
| Obcemea, Pepito | $ | 25.00 | |
| O'Brien | $ | 10.00 | |
| Obrien, Carol | $ | 142.94 | |
| Ocampo, Jovita | $ | 70.37 | |
| Oh, Yang | $ | - | $ 4,000.00 |
| Oliva, Alfredo | $ | 805.00 | |
| Olivas, Monique | $ | 23.00 | |
| Ondangan, Duena Lyn | $ | 1,191.33 | |
| Orate, Analyn sison | $ | 200.00 | |
| Orchard, Peggy | $ | 40.00 | |
| Oro, Edward (39) | $ | 71.41 | |
| Oropeza, Ray Anthony | $ | 10.00 | |
| Orozco, Bobby | $ | 63.00 | |
| Osorto, Kenia | $ | 117.50 | |
| Oxnard International | $ | 109.48 | |
| Padilla, Anita | $ | 918.30 | |
| Padilla, Josefina | $ | 317.33 | |
| Padilla, Ramon Jr. | $ | 150.00 | |
| Padilla, Thomas | $ | 170.05 | |
| Padua, Marjorie | $ | 415.50 | |
| Pae, Kyong Hye | $ | 25.00 | |
| Pages, Abelardo | $ | 56.25 | |
| Pai, Shu Jin | $ | - | $ 2,000.00 |
| Pambuckchyan, Harry | $ | 1,130.30 | $ 4,500.00 |
| Pamulaklakin, Ma. Claire | $ | 378.00 | |
| Pangindian, Gene | $ | 400.00 | |
| Paniagua, Ma. Cuevas | $ | 47.40 | |
| Papazian, Haroution | $ | 25.00 | |
| Paras, Kevin | $ | 41.01 | |
| Pardo, Orlando v. BLF | $ | 6,057.11 | |
| Park, Chop | $ | 300.00 | |
| Park, So Hee | $ | 25.00 | |
| Partida, Pablo | $ | 300.00 | |
| Pasco, Maria Celeste | $ | 1,781.00 | |
| Pascua, Lawrence & Rebecca | $ | 874.00 | $ 5,027.00 |
| Pascual, Gerardo | $ | 275.00 | |
| Pascual, Ron | $ | 19,881.25 | |
| Pasion, Isidoro | $ | 662.00 | |
| Patnubay, Erlinda | $ | 43.05 | |
| Paulino, Romer | $ | 275.83 | |
| Pelayo, Wilson | $ | - | $ 2,000.00 |
| Penales, Marilou | $ | 325.00 | |
| Penaredondo, Ivonne | $ | 27.81 | |

| | | | |
|---|---|---|---|
| Peng, Joseph | $ | 194.00 | |
| People of the State of CA | $ | 121.50 | |
| People vs. Beltran | $ | 58.00 | |
| People vs. Hovsepian | $ | 5.00 | |
| Peralta, Solomon (6094-09) | $ | 947.87 | $ 3,000.00 |
| Peralta, Solomon (6171-09) | $ | - | $ 2,000.00 |
| Peralta, Solomon (6238-09) | $ | - | $ 1,000.00 |
| Peralta, Xerxes | $ | 300.00 | |
| Perez vs. Monroy | $ | 231.00 | |
| Perez, Antonio Silva | $ | 100.00 | |
| Perez, Manuel | $ | 1,363.02 | |
| Perez, Martin | $ | 20.00 | |
| Perrine, Beberlina | $ | 2,696.47 | |
| Petalver, Renalyn | $ | 1,362.95 | |
| Pham | $ | 509.60 | |
| Ping Li & Feng Ming Zhang | $ | 11,310.02 | |
| Pinoy Today | $ | 682.54 | |
| Policarpio, Jaime | $ | 25.00 | |
| Prado, Remedios | $ | - | $ 1,000.00 |
| prado, Renato | $ | 843.16 | |
| Prangan, Natalia | $ | 29.36 | |
| publishing co, inc | $ | 98.31 | |
| Quezada, Enrique | $ | 21.00 | |
| Rabaja, Caesar | $ | 46.20 | |
| Rabaya, Consuelo | $ | 587.11 | $ 4,300.00 |
| Rafanan, Juan | $ | 2,844.16 | |
| Ramirez, Ma. Marlene | $ | 323.54 | |
| Ramos, Girlie | $ | 485.75 | |
| Ramos, Rod | $ | 55.47 | |
| Ramos, Ronald | $ | 64.05 | |
| Ramos, Violeta | $ | - | $ 500.00 |
| Ramos, Zenaida | $ | 50.00 | $ 500.00 |
| Ran, Eva | $ | 423.80 | |
| Ranese, Edwin (BK) | $ | 19.66 | |
| Raul Javier | $ | 145.50 | |
| Rayon, Blanca | $ | 475.06 | |
| Redoble, Cesar | $ | 274.00 | |
| Renteria, Jose | $ | 10.00 | |
| Renteria, Luis | $ | 20.00 | |
| Resendiz, Crispin | $ | 28.00 | |
| Resuta, William | $ | 335.56 | |
| Reyes, Ernesto (BK) | $ | 36.65 | |
| Reyes, George | $ | 25.00 | |
| Reyes, Nortberto Jr. | $ | 250.00 | |
| Reyes, Feliciano | $ | 4,281.96 | |
| Rios, Nicolas Jr. | $ | 275.00 | |
| Ro, Frank | $ | 17.33 | |
| Robles, Mary Eden | $ | 17.33 | |
| Robles, Nicolas | $ | 928.77 | $ 2,000.00 |
| Rocha, Ernesto v. Brother & Sons Tow | $ | 1,367.57 | |
| Rocketsmog vs. Mahyari | $ | 2,508.69 | |
| Rodriguez, Andres | $ | - | $ 2,000.00 |

| Name | Amount 1 | Amount 2 |
|---|---|---|
| Rodriguez, Maria | $ 23.00 | |
| Rodriguez,Miguel Angel (PH) | $ 1,219.09 | |
| Rojas, Edna (5494-08) | $ - | $ 1,500.00 |
| Rojas, Edna (5655-09) | $ - | $ 4,018.00 |
| Romea, Marian | $ 100.00 | |
| Romero, Marina | $ 90.00 | |
| Romulo, Beverly | $ - | $ 1,000.00 |
| Roque, Vanessa | $ 59.58 | |
| Rosales, Dwight | $ 6.00 | |
| Rosana, Maria | $ 88.23 | |
| Rosete, Rodrigo | $ 300.00 | |
| Rosillo, Angela | $ - | $ 800.00 |
| Rosy Cheeks | $ 353.70 | |
| Royo, Harvery | $ 938.50 | |
| Ruano, Jr. vs. Libe | $ 313.05 | |
| Ruiz,Stephanie | $ 6,534.36 | |
| Sabas, Carlos | $ 379.00 | |
| Sabino, Melinda | $ 8.00 | |
| Sadejyan, Raffi | $ 617.33 | |
| Sagaydoro-Leong, Norelee | $ 26.00 | $ 5,000.00 |
| Sahakyan,Yeghishe | $ 292.33 | |
| Salazar, Gloria | $ 83.95 | |
| Saleh, Khadra | $ 1,200.00 | |
| Salinas, Hector | $ 5.00 | |
| Salvador, Noli | $ 79.00 | |
| San Agustin v. Sa | $ 238.50 | |
| San Felipe, Mishelle T. | $ 17.50 | |
| San Juan,Allan | $ 791.85 | |
| San, Juan Pearl | $ 43.00 | |
| Sanagustin,Lorenzo | $ 349.50 | |
| Sanchez | $ 769.70 | |
| Sanchez, Anjo | $ 1,494.55 | |
| Sanchez,Aidee | $ 25.00 | |
| Sanchez,Hector | $ 20.00 | |
| Santa Maria, Robert (6236-09) | $ - | $ 1,000.00 |
| Santa Maria, Robert (6237-09) | $ - | $ 1,000.00 |
| Santos, Bernadette | $ 745.00 | |
| Sarinas, Faustino | $ 1,333.33 | |
| Sayas | $ 163.66 | |
| Sendaydiego,Jun | $ 20.09 | |
| Seomun, Kang Seon | $ 980.00 | |
| Ser-Manukyan, Angela | $ - | $ 2,050.00 |
| Ser-Manukyan, Manuk | $ 300.00 | $ 500.00 |
| Serrano | $ 149.12 | |
| Serrano, Virgilio | $ 418.42 | |
| Serrano,Roberto | $ 18.58 | |
| Servano, Edwin | $ 300.00 | |
| Sheipe v. | $ 567.08 | |
| Sheipe v. Agaki | $ 101.00 | |
| Sheipe v.BLF | $ 2,399.18 | |
| Shen, Linda/ Daniel | $ 14.50 | |
| Shiepe v. Agaki | $ 440.00 | |

| | | | |
|---|---|---|---|
| Shiepe v. Bander Law Firm | $ | 2,186.74 | |
| Shih vs. Cal Examiner | $ | 8.00 | |
| Shin, Doo Hi | $ | 402.00 | $ 1,500.00 |
| Shin, Hang Ho | $ | 508.33 | |
| Siahann v. Newtown Super Buffet | $ | 407.40 | |
| Sicat, Purita | $ | 325.00 | |
| Silao, Margarita | $ | 1,057.96 | |
| Silva, Antonio | $ | 825.00 | |
| Sinsombutchareon | $ | 37.30 | |
| Sislian, Sahag | $ | 1,600.00 | |
| Sison, Ardientes | $ | 17.33 | $ 2,000.00 |
| Sison, Herbert | $ | 6.00 | |
| Sison, Nastor | $ | 13.35 | |
| Siswanto, Joppy v. East Buffet | $ | 43,711.93 | |
| Sloan, Nathan (LV) | $ | 275.00 | |
| So, Loni | $ | 920.50 | |
| Solis, Adrian | $ | 435.00 | $ 3,750.00 |
| Solis, Maria Telma | $ | 102.90 | |
| Song vs. Lotus Chinese | $ | 8,960.95 | |
| Soria, Victor | $ | 361.99 | |
| Sosa, Jocelyn | $ | - | $ 2,000.00 |
| Sosa, Nelson | $ | 1,075.46 | |
| Sue, Kui Kui | $ | 2.00 | |
| Sumagaysay, Juvy | $ | 17.33 | $ 2,500.00 |
| Sumalpong, Charlito | $ | 12.50 | |
| Sumaoang Jr, Honorio | $ | 179.44 | |
| Sun and JI | $ | 13.00 | |
| Sun, Shukai v. SR Investment | $ | 98.98 | |
| Sundberg, Seth | $ | 300.00 | |
| Sungkono, Budyanto | $ | 357.00 | |
| Sunrise Technology v. Orchid Way | $ | 8.00 | |
| Suseno, Budi | $ | 1,179.16 | |
| Tabino, Franklin | $ | 300.00 | |
| Tabino, Franklin (2nd property) | $ | 25.00 | |
| Taglinao, Miriam | $ | 1,257.46 | |
| Tallard, Reynaldo | $ | 100.00 | |
| Tan, Sherwin | $ | 309.66 | $ 1,500.00 |
| Tan, Ronald | $ | 36.69 | |
| Tang, Sen | $ | 53.46 | |
| Tapia, Jesus | $ | 2,186.94 | |
| Taroy, Romeo | $ | 275.00 | |
| Tattersall, Gale | $ | 1,492.00 | |
| Tedros, Gebriel | $ | 3.60 | |
| Tengonciang, Josefina | $ | 25.00 | |
| Terzyan, Kristina | $ | 669.00 | $ 2,000.00 |
| Tesfaye, Amanuel | $ | 23.00 | |
| Thamparipatta, Chayaphol | $ | 681.94 | |
| Tija & Fnu v. Grand Buffet | $ | 516.87 | |
| Toledo, Mari Karen | $ | 580.00 | $ 1,000.00 |
| Tolentino, Antonio | $ | 10.00 | |
| Tolentino, Eliseo | $ | 320.09 | |
| Tolentino, Marites | $ | 607.99 | |

| Name | Amount | Amount 2 |
|---|---:|---:|
| Tolentino, Omar & Emmalyn (PH) | $ 1,203.00 | |
| Tolentino, Robert | $ 103.49 | |
| Tolosa, Felixberto | $ 17.33 | |
| Toptchyan, Artak | $ 25.00 | |
| Torqueza, Alan | $ 311.73 | |
| Torres, Lendro | $ 280.87 | |
| Trejo v. Kung Pao | $ 12,926.15 | |
| Tsai, Henry | $ 3,001.53 | |
| Tuason, Basilio | $ 560.00 | |
| Tupas, Evangeline C. | $ - | $ 5,500.00 |
| Tupas, Nanie & Evangelina (NV) | $ 275.00 | |
| Tupaz, Ramon | $ 1,069.53 | |
| Uban, Norman | $ 274.00 | |
| Ubanan, Romel | $ 11.36 | |
| Urgel, Marie Rose | $ 100.00 | |
| Urmatan, Rodel | $ 17.33 | |
| Uson, Daniel | $ 2,130.01 | |
| Vailati, Carlo | $ 1,434.59 | |
| Valazquez, Ray | $ 600.00 | |
| Valdez, Myrah | $ 25.00 | |
| Valencia, Gonzalo Gutierrez | $ 10.00 | |
| Valenzuela, Francisco | $ 15.90 | |
| Valerio, Lamberto | $ 23.00 | |
| Valle, Randy (BK) | $ 8.00 | |
| Vamvas, Spyros III | $ 25.00 | |
| Vargas, Isabel (1572) | $ 339.00 | $ 5,000.00 |
| Vargas, Isabel (15849) | $ - | $ 5,000.00 |
| Vasquez, Alfredo | $ 612.89 | |
| Velasco, Ma. Linda | $ 64.80 | |
| Velasquez, Criselda D. | $ 40.00 | |
| Velasquez, Ray | $ 475.00 | |
| Velasquez, Roberto | $ 377.48 | |
| Velloria, Delfin | $ 100.00 | |
| Vibar, Rodrigo | $ 25.00 | |
| Villagran, Jesse | $ 17.33 | |
| Villamor, Ramon (PH) | $ 28.60 | |
| Villanueva, Carolyn | $ 43.40 | |
| Villareal, Jose (5355-08) | $ 17.33 | $ 1,009.00 |
| Villareal, Jose (5433-08) | $ - | $ 2,000.00 |
| Villarin, Josel | $ 60.00 | |
| Villarosa, Edelyn | $ 617.50 | |
| Villasenor, Violet | $ 6,000.00 | |
| Vitoria, Delfin | $ 11.93 | |
| viramontez, Jennifer | $ 412.84 | |
| Viray, Alfredo | $ 25.00 | |
| Viray, Amelia | $ 274.00 | |
| Virgil, Birgit | $ 2,880.00 | |
| Visitacion, Kay | $ 1,269.70 | $ 5,000.00 |
| Wang & Liu v. Zen Buffet | $ 1,743.00 | |
| Wang, Binchun | $ 26.00 | |
| Wang, Chang Chun v. LA Buffet | $ 23.70 | |
| Wang, Jiuan Jiuan breach contract | $ 352.00 | |

| | | | |
|---|---|---|---|
| Wang, Pei Sheng v. Gold Star Pest | $ | 422.50 | |
| Wang, Shu Hua | $ | 136.56 | |
| Weerawardana, Bernard | $ | 50.00 | $ 4,009.00 |
| Wei Wei vs. Hong Ying Corp. | $ | 850.30 | |
| Wei, Li Chen | $ | 89.40 | |
| Wei, Wei | $ | 530.30 | |
| Weng, Herbert | $ | 36.30 | |
| Weng, Shun Xing | $ | 135.13 | |
| Wescom Credit Union | $ | 9.00 | |
| William Aligue | $ | 168.02 | |
| Wong, Peisheng v.Gold Star Pest | $ | 84.00 | |
| Woo, Bong Sik | $ | 1,009.29 | |
| Wu, Chang Hua v. Dragon Palace | $ | 454.00 | |
| Xie, Shu Zhen v. China Olive Buffet | $ | 1.00 | |
| Yang, Ae (5980-09LV) | $ | - | $ 4,500.00 |
| Yang, Ae (5981-09LV) | $ | - | $ 4,500.00 |
| Yang, James & Deborah | $ | 300.00 | |
| Yao, Venus | $ | 275.00 | |
| Yao, Qing Gang & Shi v.PGL Investment | $ | 787.78 | |
| Yasay, Franklin | $ | 300.00 | |
| Yee, Parkson & Dian | $ | 965.12 | |
| Yewon, Suh | $ | 355.00 | |
| Yi, Hae | $ | 275.00 | |
| Yong, Weng | $ | 20.20 | |
| Yoon, Sook Im | $ | 25.00 | |
| Yoon, Ted | $ | 25.00 | |
| Yun Gui Garden | $ | 52.00 | |
| Yun, Seung Nam | $ | 274.00 | |
| Zamora, Laureen | $ | 19.82 | $ 3,009.00 |
| Zareian, Sina | $ | 1,465.00 | |
| Zeng Jun v. Dojo restaurant)Sea Star | $ | 812.37 | |
| Zeng, Jun v. Asia buffet | $ | 12.91 | |
| Zerna, James | $ | 17.33 | |
| Zhang, Bai | $ | 99.59 | |
| zhang, Feng ming & Li, Ping | $ | 308.74 | |
| Zhang, Fengjiao | $ | 1,120.00 | |
| Zhang, Lian Huan v. China Szechuan Kitch | $ | 526.21 | |
| Zhang, Liang Huan v.Orchid Fresh Grill | $ | 1,032.75 | |
| zhang, Yang | $ | 644.95 | |
| Zhang, Erchi & Li Jingjun | $ | 169.32 | |
| Zhang, Erchi vs.Newtown II | $ | 5.00 | |
| Zhang, Guichin+Wei, Lichun vs. Hunan | $ | 320.00 | |
| Zhang, Liying v. Urban Land Development | $ | 22.20 | |
| Zhao v. Li | $ | 61.25 | |
| Zhao v.Newtown Buffet No.2 | $ | 605.35 | |
| Zhau, Li Hong | $ | 25.00 | |
| Zheng, Benquin & Zhong, Guichun | $ | 695.26 | |
| Zhong, Hong vs. Newtown Super Buffet | $ | 162.15 | |
| Zhou, Yuan Qing | $ | 155.00 | |
| zhou, Wei Min | $ | 79.04 | |
| Total | $ | 599,263.06 | $ 291,882.00 |